Amy L. Goldman, Chapter 7 Trustee
221 N. Figueroa Street
Suite 1200
Los Angeles, CA 90012

Telephone: 213.250.1800
Facsmile:   213.580.7921

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| K.A. SERVICES PLUS, INC. | § | Case No. 1:12-bk-14583-MT |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Amy L. Goldman, Chapter 7 Trustee , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter    on     . The case was pending for    months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/Amy L. Goldman, Chapter 7 Trustee_____
                                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Amy L. Goldman, Chapter 7 Trustee | | | | | |
| Union Bank | | | | | |
| FRANCHISE TAX BOARD | | | | | |
| LEONARD PENA | | | | | |
| LEONARD PENA | | | | | |
| BIGGS & COMPANY | | | | | |
| BIGGS & COMPANY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | FRANCHISE TAX BOARD | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ARSI 555 St Charles Drive, Ste 100 Thousand Oaks, CA 91360-3983 | | | | | |
| | ARSI 555 St Charles Drive, Ste 100 Thousand Oaks, CA 91360-3983 | | | | | |
| | ARSI 555 St Charles Drive, Ste 100 Thousand Oaks, CA 91360-3983 | | | | | |
| | ARSI 555 St Charles Drive, Ste 100 Thousand Oaks, CA 91360-3983 | | | | | |
| | ARSI 555 St Charles Drive, Ste 100 Thousand Oaks, CA 91360-3983 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Home Depot Credit Services PO Box 183175 Columbus, OH 43218-3175 | | | | | |
| | Supermedia, LLC c/o Michael & Associates 555 St Charles Drive, Ste 204 Thousand Oaks, CA 91360 | | | | | |
| 1 | HARTFORD FIRE INS CO | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-14583 | MT | Judge: | Maureen A. Tighe | Trustee Name: | Amy L. Goldman, Chapter 7 Trustee |
| Case Name: | K.A. SERVICES PLUS, INC. | | | | Date Filed (f) or Converted (c): | 05/16/2012 (f) |
| | | | | | 341(a) Meeting Date: | 06/18/2012 |
| For Period Ending: | 05/19/2014 | | | | Claims Bar Date: | 06/10/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. OFFICE DESKS, CHAIRS  SEE ASSET #4. | 1,500.00 | 0.00 | | 0.00 | FA |
| 2. COMPUTER, FAX PRINTER  SEE ASSET #4. | 500.00 | 0.00 | | 0.00 | FA |
| 3. FILING CABINETS  SEE ASSET #4. | 100.00 | 0.00 | | 0.00 | FA |
| 4. PREFERENTIAL TRANSFER (u)  THE TRUSTEE SETTLED WITH AGG CONSTRUCTION SERVICES, INC. ORDER APPROVING SETTLEMENT ENTERED MAY 31, 2013. | Unknown | 0.00 | | 15,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $2,100.00    $0.00    $15,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

ANNUAL REPORT PERIOD FROM 1/1/13 - 12/31/12
The Trustee settled with the AGG Construction Services and Khatchik Airapetian for $15,000 with regard to a possible fraudulent and/or preferential transfer. The order approving the settlement was entered on May 31, 2013. The Trustee submitted her final report in December 2013.
*************************************************************************************************************************************************

ANNUAL REPORT PERIOD FROM 1/1/12 - 12/31/12
The Trustee is investigating the possible fraudulent transfer by the principal of the Debtor to a related entity.
*************************************************************************************************************************************************

GENERAL:
This Case Commenced as a Voluntary Chapter 7 on May 16, 2012. The first 341 (a) Meeting was held on June 16, 2012. On June 16, 2012, the Trustee continued the 341(a) meeting to July 12, 2012 for document production. On July 12, 2012, the Trustee continued the 341(a) meeting to August 3, 2012 for document production. On August 3, 2012, the Trustee continued the 341(a) meeting to August 27, 2012 for document production. On August 27, 2012, the Trustee concluded the 341(a) meeting of creditors.

**Amended Schedules "Statement of Affairs"
EFiled July 11, 2012

PROFESSIONAL:
The Trustee employed Pena & Soma, APC as General Counsel. The order approving the employment was entered on February 7, 2013.
The Trustee employed Biggs & Co. as the estate's accountant. The order approving the employment was entered on June 7, 2013.

CLAIMS:
Notification of Asset Case was EFiled on November 21, 2012.
Claims review has been completed.

TAXES:
Tax Returns have been completed.

ADMIN. STATUS:
The Trustee settled a voidable transfer with AGG Construction Services, Inc., A California Corporation and Khatchik Airapetian. The order approving the settlement was entered on May 31, 2013.

INSURANCE:
Currently, there are no assets that require insurance.


Initial Projected Date of Final Report (TFR): 05/29/2015          Current Projected Date of Final Report (TFR): 05/29/2015

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-14583 | Trustee Name: | Amy L. Goldman, Chapter 7 Trustee |
| --- | --- | --- | --- |
| Case Name: | K.A. SERVICES PLUS, INC. | Bank Name: | Preferred Bank |
| | | Account Number/CD#: | XXXXXX9594 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5344 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/19/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/14/13 | 4 | Khatchik Airapetian | SETTLEMENT FUNDS PER ORDER ENTERED MAY 31, 2013 | 1241-000 | $15,000.00 | | $15,000.00 |
| 04/01/13 | | Transfer to Acct # xxxxxx7938 | Transfer of Funds | 9999-000 | | $15,000.00 | $0.00 |

| | | |
| --- | ---: | ---: |
| COLUMN TOTALS | $15,000.00 | $15,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $15,000.00 |
| Subtotal | $15,000.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $15,000.00 | $0.00 |

Page Subtotals: $15,000.00  $15,000.00

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-14583 | Trustee Name: Amy L. Goldman, Chapter 7 Trustee |
| Case Name: K.A. SERVICES PLUS, INC. | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX7938 |
| | Checking |
| Taxpayer ID No: XX-XXX5344 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/19/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/01/13 | | Transfer from Acct # xxxxxx9594 | Transfer of Funds | 9999-000 | $15,000.00 | | $15,000.00 |
| 05/28/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.58 | $14,978.42 |
| 06/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.29 | $14,956.13 |
| 07/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.54 | $14,934.59 |
| 08/26/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.22 | $14,912.37 |
| 09/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.19 | $14,890.18 |
| 04/11/14 | 101 | Chapter 7 Trustee Amy L. Goldman 221 North Figueroa Street Los Angeles, CA 90012 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,250.00 | $12,640.18 |
| 04/11/14 | 102 | FRANCHISE TAX BOARD Bankruptcy Section MS A340 PO Box 2952 Sacramento, CA 95812-2952 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | 2820-000 | | $821.97 | $11,818.21 |
| 04/11/14 | 103 | LEONARD PENA 402 S MARENGO AVE STE B PASADENA, CA 91101 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $2,975.00 | $8,843.21 |
| 04/11/14 | 104 | LEONARD PENA 402 S MARENGO AVE STE B PASADENA, CA 91101 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $22.08 | $8,821.13 |
| 04/11/14 | 105 | BIGGS & COMPANY 3250 OCEAN PARK BLVD., SUITE 350 SANTA MONICA, CA 90405 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $2,493.00 | $6,328.13 |
| 04/11/14 | 106 | BIGGS & COMPANY 3250 OCEAN PARK BLVD., SUITE 350 SANTA MONICA, CA 90405 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $175.50 | $6,152.63 |

Page Subtotals: $15,000.00    $8,847.37

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-14583 | Trustee Name: Amy L. Goldman, Chapter 7 Trustee |
| Case Name: K.A. SERVICES PLUS, INC. | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX7938 |
| | Checking |
| Taxpayer ID No: XX-XXX5344 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/19/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/11/14 | 107 | FRANCHISE TAX BOARD<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA  95812-2952 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 5800-000 | | $879.58 | $5,273.05 |
| 04/11/14 | 108 | HARTFORD FIRE INS CO<br>BK UNIT T 1 55<br>HARTFORD PLAZA<br>HARTFORD CT 06115 | Final distribution to claim 1 representing a payment of 29.25 % per court order. | 7100-000 | | $5,273.05 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $15,000.00 | $15,000.00 |
| Less: Bank Transfers/CD's | $15,000.00 | $0.00 |
| Subtotal | $0.00 | $15,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $15,000.00 |

Page Subtotals: $0.00    $6,152.63

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Exhibit 9

| | TOTAL OF ALL ACCOUNTS | | | |
|---|---|---|---|---|
| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| XXXXXX7938 - Checking | | $0.00 | $15,000.00 | $0.00 |
| XXXXXX9594 - Checking | | $15,000.00 | $0.00 | $0.00 |
| | | $15,000.00 | $15,000.00 | $0.00 |
| | | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $15,000.00 |
| Total Gross Receipts: | $15,000.00 |